MILES EHRLICH (SBN 237954)
miles@ehrlich-craig.com
ALEXANDER SETZEPFANDT (SBN 340207)
alex@ehrlich-craig.com
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone:     +1 510 548 3600
Facsimile:      +1 510 291 3060

Edward F. Roche (*pro hac vice forthcoming*)
Samantha B. Taylor (*pro hac vice forthcoming*)
David R. Levintow (*pro hac vice forthcoming*)
Gabriela M. Chartier (*pro hac vice forthcoming*)
Daniel T. Harrell (*pro hac vice forthcoming*)
Benjamin A. Spencer (*pro hac vice forthcoming*)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, NC 27602-2611
Ph: (919) 821-1220
Fax: (919) 821-6800
eroche@smithlaw.com
staylor@smithlaw.com
dlevintow@smithlaw.com
gchartier@smithlaw.com
dharrell@smithlaw.com
baspencer@smithlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARAGEN BIOSCIENCE INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>　　　　Defendants | Case No. 5:25-cv-09280<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

- 1 -

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Ramesh Subramanian respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Exhibits 1-B and 1-G to the Declaration of Edward F. Roche, supporting the Emergency Motion for a Temporary Restraining Order and Anti-Suit Injunction, filed concurrently herewith (the "Sealed Documents"). This Motion is supported by the Declaration of Alexander Setzepfandt in Support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Setzepfandt Declaration"). Plaintiff has reviewed and complied with L.R. 79-5(f), other than L.R. 79-5(f)(2). It was impossible for Plaintiff to serve the Designating Party, Defendant Aragen Life Sciences Private Limited, today. Instead, the undersigned intends to provide email notice today to counsel for the Defendants.

Exhibit 1-B appears to be a document created by Defendant Aragen Life Sciences Private Limited that includes a confidentiality provision purporting to require that it be kept confidential. Exhibit 1-G contains a copy of a document created by Defendant Aragen Life Sciences Private Limited that includes a confidentiality provision purporting to require that it be kept confidential. In light of that confidentiality provision, Plaintiff seeks to file these documents under seal. Pursuant to L.R. 7-11 and 79-5(f), an unredacted copy of the Sealed Documents are attached to the Setzepfandt Declaration. The Sealed Documents will be submitted conditionally under seal with this Motion. The Sealed Documents will be concurrently provided to the Court and served on counsel for the Designating Parties as soon as practicably possible.

Dated: October 28, 2025

| | |
|---|---|
| EHRLICH & CRAIG LLP<br><br>By:  /s/ Alexander Setzepfandt<br>    MILES EHRLICH<br>    ALEXANDER SETZEPFANDT<br><br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3604<br>Fax: (510) 291-3960<br>miles@ehrlich-craig.com<br>alex@ehrlich-craig.com | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br><br>By:  /s/ Edward F. Roche<br>    Edward F. Roche (*pro hac vice forthcoming*)<br>    Samantha B. Taylor (*pro hac vice forthcoming*)<br>    David R. Levintow (*pro hac vice forthcoming*)<br>    Gabriela M. Chartier (*pro hac vice forthcoming*)<br>    Daniel T. Harrell (*pro hac vice forthcoming*)<br>    Benjamin A. Spencer (*pro hac vice forthcoming*)<br><br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com<br><br>*Attorneys for Plaintiff* |

- 3 -

PLAINTIFF'S ADMIN MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:25-CV-09280