| | |
|---|---|
| MILES EHRLICH (SBN 237954)<br>miles@ehrlich-craig.com<br>ALEXANDER SETZEPFANDT (SBN 340207)<br>alex@ehrlich-craig.com<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Telephone:  +1 510 548 3600<br>Facsimile:   +1 510 291 3060 | Edward F. Roche (*pro hac vice forthcoming*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAGEN BIOSCIENCE INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>        Defendants. | Case No. 5:25-cv-09280<br><br>DECLARATION OF ALEXANDER SETZEPFANDT IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER RPARTY'S MATEIRAL SHOULD BE SEALED |

I, Alexander Setzepfandt, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm Ehrlich & Craig LLP, counsel of record for Plaintiff Ramesh Subramanian. I have personal knowledge of the matters

1. stated herein and if called upon could competently testify thereto. This Declaration is made in support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

2. I submit this Declaration pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with Exhibits 1-B and 1-G to the Declaration of Edward F. Roche, supporting the Emergency Motion for a Temporary Restraining Order and Anti-Suit Injunction ("Sealed Document").

3. Exhibit 1-B appears to be a document created by Defendant Aragen Life Sciences Private Limited that appears to include a confidentiality provision purporting to require that the document be kept confidential. Exhibit 1-G contains a copy of a document that appears to be a document created by Defendant Aragen Life Sciences Private Limited that includes a confidentiality provision purporting to require that it be kept confidential.

4. It was impossible for Plaintiff to serve the Designating Party, Defendant Aragen Life Sciences Private Limited, today. Instead, the undersigned intends to provide email notice today to counsel for the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2025, in Berkeley, California.

/s/ Alexander Setzepfandt
ALEXANDER SETZEPFANDT