UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARAGEN BIOSCIENCE INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>　　　　Defendants | Case No. 5:25-cv-09280<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

　　　Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), filed in connection with Exhibits 1-B and 1-G to the Declaration of Edward Declaration of Edward F. Roche, supporting Plaintiff's Emergency Motion for a Temporary Restraining Order and Anti-Suit Injunction, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that:

　　　Plaintiff's Motion is GRANTED;

　　　Plaintiff may file the following documents under seal, pending the Court's consideration, pursuant to Civil Local Rule 79-5(f):

| **Document** | **Text to be Sealed** | **Basis for Sealing** |
|---|---|---|
| Exhibit 1-B to the Declaration of Edward F. Roche, supporting the Emergency Motion for a Temporary Restraining Order and Anti-Suit Injunction | Whole document | Document purports to contain a confidentiality provision |
| Exhibit 1-G to the Declaration of Edward F. Roche, supporting the Emergency | Whole document | Document purports to contain a confidentiality provision |

| | | |
|---|---|---|
| Motion for a Temporary Restraining Order and Anti-Suit Injunction | | |

1
2
3
4
5                              \*      \*      \*
6      **IT IS SO ORDERED.**
7
8   Dated: _____        _____
9                                UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

- 2 -

Case No. 5:25-cv-09280