| | |
|---|---|
| MILES EHRLICH (SBN 237954)<br>miles@ehrlich-craig.com<br>ALEXANDER SETZEPFANDT (SBN 340207)<br>alex@ehrlich-craig.com<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Telephone:     +1 510 548 3600<br>Facsimile:      +1 510 291 3060 | Edward F. Roche (*pro hac vice forthcoming*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>              Plaintiff,<br><br>       v.<br><br>ARAGEN BIOSCIENCE, INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>              Defendants | Case No. 5:25-cv-09280<br><br>**PLAINTIFF'S NOTICE AND EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND ANTI-SUIT INJUNCTION** |

| | |
|---|---|
| 1 | Plaintiff Ramesh Subramanian ("Plaintiff" or "Mr. Subramanian"), pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Local Civil Rule 65-1(a), and this Court's equitable authority, hereby moves for (i) a temporary restraining order and (ii) an order to show cause as to why an anti-suit injunction should not issue, prohibiting Defendants Aragen Bioscience, Inc. ("Aragen US") and Aragen Life Sciences Private Limited f/k/a GVK Biosciences ("Aragen India") (collectively "Aragen") from maintaining a lawsuit filed in an a court in India, the District Court at Malkajgiri, on October 13, 2025, in which a court hearing is being held this Friday, October 31, 2025. |

The reasons are based on the arguments and authorities set forth in the accompanying Memorandum in Support of this Emergency Motion. Given the critical and time-sensitive nature of this dispute, and potential for irreparable loss absent the requested relief, Plaintiff respectfully requests that the Court issue an Order on this Motion by Thursday, October 30, 2025, at 5:00 p.m. PT.

Dated: October 28, 2025

| | |
|---|---|
| EHRLICH & CRAIG LLP | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
| By: */s/ Alexander Setzepfandt*<br>MILES EHRLICH<br>ALEXANDER SETZEPFANDT<br><br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3604<br>Fax: (510) 291-3960<br>miles@ehrlich-craig.com<br>alex@ehrlich-craig.com | By: */s/ Edward F. Roche*<br>Edward F. Roche (*pro hac vice forthcoming*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br><br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com<br><br>*Attorneys for Plaintiff* |