| | |
|---|---|
| MILES EHRLICH (SBN 237954)<br>miles@ehrlich-craig.com<br>ALEXANDER SETZEPFANDT (SBN 340207)<br>alex@ehrlich-craig.com<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: +1 510 548 3600<br>Facsimile: +1 510 291 3060 | Edward F. Roche (*pro hac vice forthcoming*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>Plaintiff,<br><br>v.<br><br>ARAGEN BIOSCIENCE, INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>Defendants. | Case No. 5:25-cv-09280<br><br>DECLARATION OF EDWARD F. ROCHE |

I, Edward F. Roche, pursuant to 28 U.S.C. § 1746, hereby makes this declaration under penalty of perjury and declare the following to be true:

1. I am an attorney in the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP and I am counsel for Plaintiff for Ramesh Subramanian ("Subramanian" or "Plaintiff").

2. I have represented Plaintiff in his dispute with Defendants Aragen Bioscience, Inc. ("Aragen US") and Aragen Life Sciences Private Limited ("Aragen India" and collectively "Defendants") since 2024.

3. For the relevant time period, Aragen US has been a subsidiary of Aragen India.

4. Attached as **Exhibit 1** is a true and correct copy of a declaration signed by Plaintiff Ramesh Subramanian, dated October 28, 2025 (the "Subramanian Declaration"). This declaration annexes **Exhibits A through H**, some of which I reference below.

5. On November 11, 2024, Mr. Subramanian received a demand letter from opposing counsel. A true and correct copy of that demand letter is annexed to the Subramanian Declaration as **Exhibit C**.

6. On November 18, 2024, I sent a response to the November 11, 2024 demand letter on behalf of Plaintiff in which I informed opposing counsel that the allegations contained in the demand letter were baseless.

7. A true and correct copy of this Response is annexed hereto as **Exhibit 2**.

8. Ms. Marsh never responded to my letter.

9. Following an agreement between the parties to arbitrate the dispute, counsel for both parties appeared for the administrative conference with the ICDR on October 14, 2025 and have been engaged in discussions regarding administrative requirements for arbitration since.

10. Unbeknownst to counsel in the United States, on October 13, 2025, Aragen India had filed a proceeding in Hyderabad, India to enjoin Plaintiff from proceeding with the California arbitration (the "Indian Proceeding")

11. A true and correct copy of the October 13, 2025 proceeding in India is annexed to the Subramanian Declaration as **Exhibit G**.

12. In a call on October 28, 2025, Ms. Marsh represented to me that Indian Proceeding is not intended to prevent the arbitration from going forward but refused to opine on how that

representation was consistent with the request in the Indian Proceedings that the Indian court declare that the arbitration proceedings are "without jurisdiction, illegal, vexatious, unconscionable, oppressive and in violation of the ESOP Plan 2017."

13. I informed Ms. Marsh and Vincent Mersich, who represent both Aragen US and Aragen India, via email at 4:03 p.m. eastern time on Monday, October 27, 2025 that we would be filing on behalf of Mr. Subramanian a lawsuit and emergency motion for anti-suit injunction to be filed today, October 28, in this Court.

14. I spoke to Ms. Marsh and Mr. Mersich again via video conference earlier today, October 28, 2025. I reiterated our plan to file today and told them that, along with the emergency motion for anti-suit injunction, we would also be filing for a temporary restraining order.

15. I confirmed with them that I would email all filings to them in this case as soon as they are on file and I (or one of my colleagues) will do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 28, 2025.

*/s/ Edward Roche*
_____
Edward F. Roche

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)**

I, Alexander Setzepfandt, am the ECF user whose identification and password are being used to file this DECLARATION OF EDWARD F. ROCHE. Pursuant to Local Rule 5-1(i)(3), I hereby attest that Mr. Roche has concurred in this filing.