# EXHIBIT 1-D

**From:** Suresh Anubolu <suresh.anubolu@aragen.com>
**Date:** March 3, 2025 at 1:03:13 AM EST
**To:** Ramesh Subramanian <ramesh.wemba35@gmail.com>
**Cc:** Ramakrishna Kasturi <ramakrishna.kasturi@aragen.com>, Naga Saibabu V V <nagasai.viyyapu@aragen.com>, Elizabeth Garcia <elizabeth.garcia@aragen.com>, Sachin Dharap <sachin.dharap@aragen.com>
**Subject: Intimation in relation to your stock options granted under ESOP 2017 program**

Dear Ramesh,

We take note of the fact that Aragen Bioscience Inc, has issued a cease-and-desist notice dated November 11, 2024 through their legal counsel i.e. Sayfarth Shaw LLP, USA, to you, demanding that you desist from all solicitation activities related to ABI's and it's group company employees and clients, and has, in response to the same, received your letter dated November 18, 2024 through your legal counsel Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.

Subsequent to that we also analysed your email inflow/outflow to your personal email id(s) from our laptop, we found that there is data breach / confidentiality issues. The above mentioned actions undertaken by you are severely detrimental to the interests and business of ABI, Aragen India and the Aragen group at large and have been taken in bad faith. Therefore, with the approval of the Board of Aragen India, all of the vested options that are currently held by you issued under the Aragen Employee Stock Option Plan 2017 are cancelled / lapsed / forfeited.

Any response that you may intend to issue in connection with this letter may be sent by you to the undersigned, no later than 7 (seven) days from the date of receipt of this letter cc above individuals marked on this email.

Warm regards,

Suresh Anubolu
Chief Human Resources Officer
Mob: +91 9949052313