**EXHIBIT 1-F**

# David Levintow

| | |
|---|---|
| **From:** | Marsh, Robyn E. <RMarsh@seyfarth.com> |
| **Sent:** | Friday, September 26, 2025 4:04 PM |
| **To:** | Maria Passini; Edward Roche; Mersich, Vincent J. |
| **Cc:** | Samantha Taylor; Andrea Blosser; Brett Neve; Gabbie Chartier; Rowley, Christian |
| **Subject:** | RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015] |
| **Attachments:** | 2025-07-25 EMP Contract 1st Request Employers Fees.pdf |

> **External:**

Ms. Passini,

Thank you for your email and your efforts to accept the parties' comments and attempts to negotiate this complex issue. I have spoken with Claimant's counsel and we have agreed to the following:

1. Mr. Subramanian, Aragen Bioscience, Inc., and Aragen Life Sciences Ltd. (ALS Ltd.) (collectively, "the Parties") agree to proceed with arbitration before the ICDR, under ICDR rules and procedures;

2. ALS Ltd. will pay the balance of the ICDR filing fee ($9,575), notwithstanding the ICDR's direction to Mr. Subramanian to submit that fee. **However,** Aragan already paid a $2,100 filing fee before the AAA (see attached), and I am wondering if that amount can be transferred/credited towards the ICDR or if that will be refunded to Aragen at some point given this transfer – please advise;

3. ALS Ltd. Will pay the Arbitrator fees as to be determined at a later date;

4. ALS Ltd.'s consent to ICDR jurisdiction is explicitly limited to the agreement in this case; outside of the Parties' current dispute, ALS Ltd. does **not** generally consent to AAA/ICDR jurisdiction (under United States law, California law, or any other source of law or agreement);

5. The Parties agree to request and stipulate that all proceedings (including the arbitration hearing) be handled remotely, using videoconference technology, and will cooperate throughout the matter as necessary for that purpose;

6. If, notwithstanding the Parties' agreement, the Arbitrator requires any in-person proceedings, the Parties agree to submit the issue of location to the Arbitrator.

Mr. Roche can, of course, correct me if any of this is misstates their position. We look forward to hearing from ADR on this, specifically as to Point #2 above with respect to the directive on payment for the filing fee, and the existing payment already made by Aragen to the AAA earlier this year.

Thank you and have a nice weekend,
Robyn Marsh

 Book time to meet with me

**Robyn E. Marsh** | Partner | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448

Direct: +1-312-460-5308 | Fax: +1-312-460-7308
RMarsh@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Maria Passini <PassiniM@adr.org>
**Sent:** Friday, September 26, 2025 11:44 AM
**To:** Edward Roche <eroche@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>; Marsh, Robyn E. <RMarsh@seyfarth.com>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Rowley, Christian <CRowley@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]
**Importance:** High

Dear Parties,

Thank you for your patience. This e-mail will confirm receipt of comments. Please note absent on any additional feedback or responses from the parties by close of business Monday, September 29th, 2025, we'll proceed with our preliminary administrative determination with any further contention to be raised to the arbitrator once appointed.

Kind regards,

Maria




**Maria Passini**
Case Filing Specialist

American Arbitration Association
International Centre for Dispute Resolution
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T:** 856 679 4621 **F:** 877 304 8457 **E:** PassiniM@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
**Explore the new ADR.org [us.content.exclaimer.net]**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl... distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia... reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Friday, September 19, 2025 5:27 PM
**To:** Mersich, Vincent J. <vmersich@seyfarth.com>; Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Rowley, Christian <CRowley@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Ms. Passini,

Counsel for Claimant and Respondents have discussed and we think we are close to reaching an agreement on the appropriate forum and rules for this dispute. Both sets of counsel need to consult their clients to confirm the agreement.

As a result, we have consented on behalf of Claimant to Respondents not submitting anything today, as they had previously intended, concerning the forum, rules, or other details. The parties will confer once they have connected with their respective agreements. We hope to finalize the agreement and report that agreement to you by the end of the day on Monday.

We apologize for the delay, but this path may well resolve this initial dispute concerning the forum and rules, so we are hopeful it will be the most efficient route for the parties and for AAA/ICDR.

Please let us know if you have any questions or need anything else from us. Otherwise, we will be in touch very soon.

Best regards,
Ed

---

**From:** Edward Roche
**Sent:** Tuesday, September 16, 2025 5:53 PM
**To:** 'Mersich, Vincent J.' <vmersich@seyfarth.com>; Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Rowley, Christian <CRowley@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Ms. Passini,

To address Mr. Mersich's request below:

1. We are hopeful that Respondents will agree to our compromise this week and that there will be nothing left to address concerning the forum and rules.

2. If Respondents do not agree to the compromise proposal, we respectfully disagree that further responses on this would be productive, and would request instead that the issues be submitted to the IARC for consideration of all parties' positions.

Thank you,
Ed

---

**From:** Mersich, Vincent J. <vmersich@seyfarth.com>
**Sent:** Tuesday, September 16, 2025 4:35 PM
**To:** Edward Roche <eroche@smithlaw.com>; Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Rowley, Christian <CRowley@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

**External:**

Ms. Passini:

In Claimant's response letter sent yesterday afternoon, Claimant included a compromise proposal that involves this matter proceeding before the ICDR. Claimant's counsel had not previously communicated that proposal, so our clients will need time to consider it before we submit any response.

To that end, Respondents respectfully request the ICDR/AAA provide Respondents until **5:00 p.m. (PST) on Friday, September 19, 2025,** to submit a response.

Regards,

Vince

**Vincent J. Mersich** | Counsel | Seyfarth Shaw LLP
[560 Mission Street | Suite 3100 | San Francisco, California 94105-2930](#)
Direct: +1-415-732-1179
[vmersich@seyfarth.com](mailto:vmersich@seyfarth.com) | [www.seyfarth.com](http://www.seyfarth.com)

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**Vincent J. Mersich** | Counsel | Seyfarth Shaw LLP
560 Mission Street | Suite 3100 | San Francisco, California 94105-2930
Direct: +1-415-732-1179
[vmersich@seyfarth.com](mailto:vmersich@seyfarth.com) | [www.seyfarth.com](http://www.seyfarth.com)

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Edward Roche <[eroche@smithlaw.com](mailto:eroche@smithlaw.com)>
**Sent:** Monday, September 15, 2025 1:36 PM
**To:** Marsh, Robyn E. <[RMarsh@seyfarth.com](mailto:RMarsh@seyfarth.com)>; Maria Passini <[PassiniM@adr.org](mailto:PassiniM@adr.org)>
**Cc:** Samantha Taylor <[staylor@smithlaw.com](mailto:staylor@smithlaw.com)>; Andrea Blosser <[ablosser@smithlaw.com](mailto:ablosser@smithlaw.com)>; Brett Neve <[bneve@smithlaw.com](mailto:bneve@smithlaw.com)>; Gabbie Chartier <[gchartier@smithlaw.com](mailto:gchartier@smithlaw.com)>; Mersich, Vincent J. <[vmersich@seyfarth.com](mailto:vmersich@seyfarth.com)>; Rowley, Christian <[CRowley@seyfarth.com](mailto:CRowley@seyfarth.com)>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Passini,

Please find a letter attached on behalf of Mr. Subramanian.

Best,
Ed

---

**From:** Edward Roche
**Sent:** Monday, September 15, 2025 1:37 PM
**To:** 'Marsh, Robyn E.' <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Passini,

We will be providing a response letter on behalf of Mr. Subramanian by the end of the day today.

Thank you,
Ed

---

**From:** Marsh, Robyn E. <RMarsh@seyfarth.com>
**Sent:** Friday, September 12, 2025 5:38 PM
**To:** Maria Passini <PassiniM@adr.org>; Edward Roche <eroche@smithlaw.com>
**Cc:** Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Ms. Passini,

Thank you for the courtesy of allowing the parties to provide additional information regarding their positions. Attached please find the position on behalf of the Aragan respondents.

Regards,
Robyn

[outlook.office.com]   Book time to meet with me [outlook.office.com]

**Robyn E. Marsh** | Partner | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5308 | Fax: +1-312-460-7308
RMarsh@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Maria Passini <PassiniM@adr.org>
**Sent:** Friday, September 5, 2025 10:58 AM
**To:** Edward Roche <eroche@smithlaw.com>
**Cc:** Marsh, Robyn E. <RMarsh@seyfarth.com>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]
**Importance:** High

Dear Parties,

Thank you for your patience. At this time, the AAA request Respondents comments based on the attached correspondence of Claimants assertion on the Employment/Workplace Rules. We kindly request Respondents comments by close of business Friday, September 12, 2025. Please note the AAA will abate any request for the filing fees during this time.

Thank you,

Maria




**Maria Passini**
Case Filing Specialist

American Arbitration Association
International Centre for Dispute Resolution
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T:** 856 679 4621 **F:** 877 304 8457 **E:** PassiniM@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
Explore the new ADR.org [us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Kristen Darrow <DarrowK@adr.org>
**Sent:** Friday, August 29, 2025 11:34 AM
**To:** Edward Roche <eroche@smithlaw.com>
**Cc:** Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good morning,

Please allow this email to acknowledge receipt of your below.

In light of Ms. Passini's absence and today's payment deadline, I will grant a brief extension until Ms. Passini is back in office next week to address your requests.

Additionally, I have adjusted the case file accordingly and removed info@aragen.

Thank you,
Kristen Darrow

**Kristen Darrow**
Case Filing Specialist
(She/Her/Hers)
Intake
American Arbitration Association
International Centre for Dispute Resolution
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
T: 856 807 5602  E: DarrowK@adr.org

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Friday, August 29, 2025 11:00 AM
**To:** Kristen Darrow <DarrowK@adr.org>; AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Cc:** Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good morning, Ms. Darrow and Ms. Kaiser,

I got Ms. Passini's out-of-office message when I followed up yesterday. The request that I made on Tuesday, below, is urgent. We were given a payment deadline of today but we requested that Ms. Passini confirm that we may submit a letter to the IARC and that the payment deadline be postponed in the meantime.

Could you please let me know as soon as possible if this is approved or, if not, what the status is?

Thank you,
Ed

**From:** Edward Roche
**Sent:** Thursday, August 28, 2025 2:58 PM
**To:** Marsh, Robyn E. <RMarsh@seyfarth.com>; Maria Passini <PassiniM@adr.org>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Passini,

We would greatly appreciate your response to our requests below. Could you please let me know when we should expect to hear?

Thank you,

Ed

**From:** Marsh, Robyn E. <RMarsh@seyfarth.com>
**Sent:** Tuesday, August 26, 2025 6:16 PM
**To:** Edward Roche <eroche@smithlaw.com>; Maria Passini <PassiniM@adr.org>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>; Mersich, Vincent J. <vmersich@seyfarth.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Good afternoon, Ms. Passini,

Couple of items in response:

First, **can we please remove the "info@aragen" from these email chains**.  We represent Aragen with respect to this matter and emails should not be going to that address for this case (or in any event).  I have deleted them from this response.

Second, to the extent Claimant's counsel submits the letter as previewed below, we request that we have the opportunity (at least 7 days) to respond to any letter from Claimant's counsel regarding the appropriate arbitral forum.

Finally, we want to confirm that the Aragen respondents are currently under no duty to respond to the arbitration demand until "the Administrator confirms receipt of the Notice of Arbitration" under Article 3.1 of the ICDR Rules.

Please let us know at your earliest convenience.

Thank you,
Robyn

[outlook.office.com]   Book time to meet with me [outlook.office.com]

**Robyn E. Marsh** | Partner | Seyfarth Shaw LLP
233 S. Wacker Drive | Suite 8000 | Chicago, Illinois 60606-6448
Direct: +1-312-460-5308 | Fax: +1-312-460-7308
RMarsh@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Tuesday, August 26, 2025 1:35 PM
**To:** Maria Passini <PassiniM@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; Marsh, Robyn E. <RMarsh@seyfarth.com>; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Passini,

We haven't heard back from you on the below, but we request, in the alternative, that the question about the applicability of the Employment Rules rather than the International Arbitration Rules be submitted to the International Administrative Review Council (IARC) under Article 5 of the ICDR Rules.

Accordingly, we plan to submit a letter for submission to the IARC. Please confirm that:
1. You will be able to submit the letter to the IARC; and
2. This Friday's payment deadline will be postponed until the IARC makes a decision on the applicable rules.

Thank you,
Ed


**From:** Edward Roche
**Sent:** Friday, August 22, 2025 3:56 PM
**To:** Maria Passini <PassiniM@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Passini,

Thank you for your response. Your response says that the arbitration may be administered by the ICDR if any of these circumstances is present. Does that mean it must be administered by the ICDR? It appears to us that AAA has the choice.

These circumstances would be unfair for any employee. The entire purpose of agreeing to arbitrate via AAA, and thus use the Employment Rules, is to avoid a situation like this one, where an individual employee must pay vast sums of money to address an alleged violation of his rights by his employer. Note that here, in particular, the employer is based in the US. The allegation is that the US employer wrongfully used its overseas affiliate to take retaliatory action against the employee.

In addition, the arbitration agreement between the parties says that "[t]he Company [Aragen US] shall be responsible for the fees and costs of the arbitrator."

Accordingly, Mr. Subramanian requests that either:
1. The case be conducted under the AAA Employment Rules, at least at the outset. The employer can always contest this before an arbitrator; or
2. If your only solution is to initially conduct the case under the International Arbitration Procedures, an arbitrator be appointed before Mr. Subramanian is required to make any payment.

If you are unable to accommodate one of these requests, Mr. Subramanian is starting off at a disadvantage that is not permitted under the parties' agreement to arbitrate.

Best,
Ed

---

**From:** Maria Passini <PassiniM@adr.org>
**Sent:** Friday, August 22, 2025 3:42 PM
**To:** Edward Roche <eroche@smithlaw.com>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]
**Importance:** High

> **External:**

Good Afternoon Mr. Roche,

Thank you for your patience.

The ICDR is the international division of the American Arbitration Association. An arbitration may be deemed international and administered by the ICDR if the parties to an arbitration have any of the following: their places of business are in different countries, the place where a substantial part of the obligations of their commercial relationship to be performed is situated outside the country of any party, the place with which the subject-matter of the dispute is most closely connected is situated outside the country of any party, the place of arbitration is situated outside the country of any party or one party with more than one place of business (including parent and/or subsidiary) is situated outside the country of any party.

As such, this case will be heard under the *International Arbitration Procedures*. A copy of the procedures can be found on our website at www.adr.org [adr.org]. In accordance with the rules the parties may raise their objection to the arbitrator upon appointment. Please provide the balance of the initial filing fee by close of business Friday, August 29, 2025.

Kind regards,

Maria Passini




[us.content.exclaimer.net]

**Maria Passini**
Case Filing Specialist

American Arbitration Association
International Centre for Dispute Resolution
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T :** 856 679 4621 **F :** 877 304 8457 **E :** PassiniM@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
**Explore the new ADR.org** [us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Friday, August 22, 2025 10:28 AM
**To:** Maria Passini <PassiniM@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]
**Importance:** High

Good morning, Ms. Passini,

I am checking in again. Please let me know the next steps as soon as you are able.

Thank you,
Ed

---

**From:** Edward Roche
**Sent:** Thursday, August 21, 2025 9:17 AM
**To:** Maria Passini <PassiniM@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good morning, Ms. Passini,

When should we expect to hear from you on next steps? We are eager to confirm because your email indicated that Mr. Subramanian would be responsible for paying additional fees today. We are asking instead to be returned to the regular AAA and that the order for the Respondents to pay the remaining filing fees under the Employment Rules.

We look forward to hearing from you.

Thank you,
Ed

---

**From:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Sent:** Wednesday, August 20, 2025 9:49 AM
**To:** Edward Roche <eroche@smithlaw.com>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Mr. Roche,

I have confirmed that Maria Passini will now be your primary point of contact moving forward.

Best,
Raquel Kaiser




**AAA Raquel Kaiser**
Manager of ADR Services

American Arbitration Association
**T :** 559 490 1934 **E:** RaquelKaiser@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
Explore the new ADR.org [us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Wednesday, August 20, 2025 6:00 AM
**To:** AAA Raquel Kaiser <RaquelKaiser@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Ms. Kaiser – do I understand correctly from this that Ms. Passini will be addressing the situation from here?

Ms. Passini – please let us know where things stand. We would like to get an understanding of next steps today if possible, please, because tomorrow is the date that was provided for payment of the additional $9,500. We don't think that needs to be paid, given the issues described below, but we would like to confirm and clarify the situation so that things can move forward.

Thank you,
Ed

**From:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Sent:** Tuesday, August 19, 2025 3:26 PM
**To:** Edward Roche <eroche@smithlaw.com>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Mr. Roche,

I see you have copied Maria Passini from case filing.

Best,

Raquel Kaiser




**AAA Raquel Kaiser**
Manager of ADR Services

American Arbitration Association
**T :** 559 490 1934 **E :** RaquelKaiser@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
Explore the new ADR.org [us.content.exclaimer.net]

[us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Tuesday, August 19, 2025 11:58 AM
**To:** AAA Raquel Kaiser <RaquelKaiser@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Thank you. Could you let me know who our assigned case manager is? I don't have a clear picture of that.

Best,
Ed

**From:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Sent:** Tuesday, August 19, 2025 2:57 PM
**To:** Edward Roche <eroche@smithlaw.com>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Mr. Roche,

I have forwarded your message to the assigned case manager to further assist you.

Best,
Raquel Kaiser


[us.content.exclaimer.net]


**AAA Raquel Kaiser**
Manager of ADR Services

American Arbitration Association
**T :** 559 490 1934 **E:** RaquelKaiser@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
**Explore the new ADR.org** [us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Monday, August 18, 2025 2:14 PM
**To:** AAA Raquel Kaiser <RaquelKaiser@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Cc:** Maria Passini <PassiniM@adr.org>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Ms. Kaiser,

We understand what the ICDR is, but it is not mandatory that any case involving a party outside the US be transferred to the ICDR. In particular, where the international party has consented to AAA jurisdiction, transfer to the ICDR is not required. We understand that, where that consent exists, AAA has heard the case without transfer.

The different matters here for a number of reasons. The immediate consequence is that, under the AAA Employment Rules, after the employee makes the initial payment for filing, the remainder of the fee must be paid by the employer. Here, the employer's share of the filing fee of $2,100 was due by August 25, per the letter from the Employment Filing Team on July 25. Now, after transfer to the ICDR, the Petitioner, who is an employee, has been ordered to pay over $9,500. That would not be required absent transfer.

The employee here explicitly consented to AAA jurisdiction, such that his employment disputes would be heard under AAA Employment Rules. This case is not an appropriate ICDR case.

Thank you,
Ed

---

**From:** AAA Raquel Kaiser <RaquelKaiser@adr.org>
**Sent:** Monday, August 18, 2025 5:00 PM
**To:** Edward Roche <eroche@smithlaw.com>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

> **External:**

Counsel.

The International Centre for Dispute Resolution (ICDR) is a division of AAA that handles cases where a party is outside of the United States.

Best,
Raquel Kaiser

 

**AAA Raquel Kaiser**
Manager of ADR Services

American Arbitration Association
**T:** 559 490 1934  **E:** RaquelKaiser@adr.org
adr.org [us.content.exclaimer.net] | icdr.org [us.content.exclaimer.net] | aaaicdrfoundation.org [us.content.exclaimer.net]
**Explore the new ADR.org** [us.content.exclaimer.net]

[us.content.exclaimer.net]

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl… distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia… reply email and destroy all copies of the transmittal. Thank you.

**From:** Edward Roche <eroche@smithlaw.com>
**Sent:** Monday, August 18, 2025 1:53 PM
**To:** AAA Raquel Kaiser <RaquelKaiser@adr.org>; info@aragen.com; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>; Gabbie Chartier <gchartier@smithlaw.com>
**Subject:** RE: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963 [SMITHLAW-RDU.014120.00015]

Good afternoon, Ms. Kaiser,

We are in receipt of your letter dated August 13, 2025. We appreciate the update, but this case needs to remain with AAA and not be transferred to the ICDR. Although Aragen Life Sciences Private Limited is an India-based company, it is subject to arbitration with AAA. Among other reasons, it consented to arbitration with AAA in California for employment disputes, per Mr. Subramanian's employment offer letter. The parties did not consent to arbitration with the ICDR.

As such, we request that the case be transferred back to AAA, where it can be arbitrated under the AAA Employment Arbitration Rules.

Thank you,
Ed Roche


-----Original Message-----
From: RaquelKaiser@adr.org <RaquelKaiser@adr.org>
Sent: Wednesday, August 13, 2025 6:35 PM
To: info@aragen.com; Edward Roche <eroche@smithlaw.com>; Samantha Taylor <staylor@smithlaw.com>; Andrea Blosser <ablosser@smithlaw.com>; rmarsh@seyfarth.com; Brett Neve <bneve@smithlaw.com>
Subject: Ramesh Subramanian v. Aragen Bioscience Inc. - Case 01-25-0003-3963

External:


Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete it immediately and notify us by return e-mail or by telephone (919) 821-1220.