# EXHIBIT 1-G
# FILED UNDER SEAL