# EXHIBIT 1-H

**From:** Indraprateek Naidu <indraprateek.naidu@cms-induslaw.com>
**Date:** October 17, 2025 at 5:15:31 AM EDT
**To:** ramesh.wemba35@gmail.com
**Cc:** Hyderabad Litigation <hyderabad.litigation@cms-induslaw.com>
**Subject: Notice in O.S. No. 236 of 2025 – Aragen Life Sciences Limited v. Ramesh Subramanian and Anr.**

Dear Sir,

We represent Aragen Life Sciences Limited, the Plaintiff in O.S. No. 236 of 2025 filed before the Ist Additional District Judge, Medchal-Malkajgiri, Hyderabad, Telangana, seeking injunctive reliefs against you. The Hon'ble Court took up the matter on 16.10.2025, issued urgent notice to you, and adjourned the case to 31.10.2025. Pursuant to the Court's directions, we are hereby serving notice in the captioned matter. You are requested to appear, either in person or through your counsel, before the Hon'ble Court on **31.10.2025**. Kindly note that if you fail to appear, the matter ==may be heard and decided== in your absence.

Attached herewith is a consolidated PDF containing scanned copies of the Plaint, Annexures, and the Interlocutory Application seeking interim injunction.

Regards,

Indraprateek
Counsel for Aragen Life Sciences Limited


**Indraprateek Naidu**
**Senior Associate**
**CMS INDUSLAW**

M +91 99112 21914
T +91 40 4026 4626
E indraprateek.naidu@cms-induslaw.com



CMS INDUSLAW | #306/307 | Ashoka Capitol | Road No.2 | Banjarahills | Hyderabad 500 034 | India
cms.law

cms-induslaw.com

CMS INDUSLAW is an independent, full-service, law firm in India. A reference to CMS INDUSLAW includes its partners, associates, staff or persons otherwise retained or employed by the firm.

CMS INDUSLAW is a member firm of CMS, an international organisation of independent law firms ("CMS Member Firms"). CMS LTF Limited ("CMS LTF") is a company limited by guarantee incorporated in England & Wales (no. 15367752) whose registered office is at Cannon Place, 78 Cannon Street, London EC4N 6AF United Kingdom. CMS LTF coordinates the CMS organisation. CMS Legal Services EEIG/EWIV ("CMS EEIG") provides services to CMS Member Firms and its head office is at Neue Mainzer Straße 2-4, 60311 Frankfurt, Germany. Neither CMS LTF nor CMS EEIG provides client services. Such services are solely provided by the member firms in their respective jurisdictions. In certain circumstances, CMS is used as a brand or business name of some or all of the member firms. CMS LTF, CMS EEIG and each of the CMS Member Firms are separate and legally distinct entities, and no entity has any authority to bind any other. CMS LTF, CMS EEIG and each CMS Member Firm are liable only for their own acts or omissions and not those of each other. They do not have, and nothing contained herein shall be construed to place these entities in, the relationship of parents, subsidiaries, agents, partners or joint ventures. No member firm has any authority (actual, apparent, implied or otherwise) to bind CMS LTF, CMS EEIG or any other member firm in any manner whatsoever.

"INDUSLAW" and "CMS INDUSLAW" are both trade names used by the Indian law firm INDUSLAW. The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited, and you should please notify the sender immediately and then delete it (including any attachments) from your system. Please see these Terms & Conditions.