# EXHIBIT 2

SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL, & JERNIGAN, L.L.P.

LAWYERS

OFFICES
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 2300
Raleigh, North Carolina 27601

EDWARD F. ROCHE
DIRECT DIAL: (919) 821-6730
E-Mail: eroche@smithlaw.com

MAILING ADDRESS
P.O. Box 2611
Raleigh, North Carolina
27602-2611

TELEPHONE: (919) 821-1220
FACSIMILE: (919) 821-6800

November 18, 2024

*Via email:* rmarsh@seyfarth.com
Robyn Marsh
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606-6448

Re: Ramesh Subramanian / Aragen Bioscience, Inc.

Dear Ms. Marsh:

Our firm represents PI Health Sciences, Inc. ("PIHS") and Mr. Ramesh Subramanian, the Global Chief Executive Officer of PIHS, in connection with your November 11, 2024 letter to Mr. Subramanian. Please direct all correspondence concerning this matter to me.

Your letter alleges violations of Mr. Subramanian's post-employment obligations under the letter offering him employment (the "Employment Letter") and the Non-Competition, Confidentiality, and Ownership of Confidential Information Agreement (the "Agreement") between Mr. Subramanian and Aragen Bioscience, Inc. ("Aragen").

The claims in your letter are baseless. Mr. Subramanian has not engaged in any conduct that violates the terms of the Agreement or the Employment Letter.

1. **Alleged Solicitation of Aragen Employees**

Your letter alleges that Mr. Subramanian solicited or induced several senior Aragen employees to leave their positions and join PIHS. This allegation is entirely without merit. Specifically:

- Dr. Mahavir Prasad joined PIHS as Chief Development Officer. Dr. Prasad's recruitment was conducted through an independent search agency, which initiated the hiring process in June or July 2024, before Mr. Subramanian joined PIHS in August 2024. Mr. Subramanian was not involved in this recruitment process.

- Dr. Simon Haydar joined PIHS as Chief Scientific Officer. Like Dr. Prasad, Dr. Haydar was hired through an independent search agency, which commenced the search in June or

July 2024, before Mr. Subramanian's arrival at PIHS. Mr. Subramanian had no role in the recruitment of Dr. Haydar.

- Mr. Nageshwar Kompalli joined PIHS as Head of Program Management. Discussions with Mr. Kompalli were initiated in the first week of May 2024 and PIHS offered him employment long before PIHS extended an offer to Mr. Subramanian. There is no connection between Mr. Subramanian's appointment at PIHS and Mr. Kompalli's employment offer.

**2. Alleged Solicitation of Aragen Clients**

Your letter also falsely asserts that Mr. Subramanian solicited Aragen clients, specifically citing Dr. Joseph Kaloko of Revagenix. Mr. Subramanian has not solicited any of Aragen's clients. Moreover, PIHS has no business relationship or dealings with Dr. Kaloko.

**3. Alleged Misuse of Confidential Information**

Your letter also falsely alleges—vaguely, without reference to any specific facts or relevance—that Mr. Subramanian has misused Aragen's Confidential Information, as defined in the Agreement. Mr. Subramanian has not and will not use Aragen's Confidential Information.

\* \* \* \* \*

Aragen has jumped to false conclusions about PIHS's recruitment of Dr. Prasad, Dr. Haydar, and Mr. Kompalli and, from there, has built a series of unfounded assertions about Mr. Subramanian's actions. Mr. Subramanian has not engaged in any "solicitation activities related to Aragen employees and clients." Accordingly, there is no prohibited conduct from which Mr. Subramanian need cease and desist. Moreover, Mr. Subramanian has no obligation to provide "a detailed account of efforts" to safeguard Confidential Information. His obligation is simply to maintain its confidentiality and he is doing exactly that.

PIHS and Mr. Subramanian trust that this resolves the matter. Any legal action would be frivolous. If Aragen brought legal action, Mr. Subramanian would seek appropriate sanctions and remedies.

Please feel free to contact me if you would like to discuss this matter further.

Sincerely,

Edward F. Roche