UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAMESH SUBRAMANIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAGEN LIFE SCIENCES PRIVATE LIMITED, et al.,<br><br>        Defendants. | Case No. 25-cv-09280-EJD<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
|---|---|

    This action is assigned to the Honorable Edward J. Davila.

    **Service of documents.** When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and the supplementary material specified in Civil Local Rule 4-2.

    **Availability of Alternative Dispute Resolution.** This action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR webpage at www.cand.uscourts.gov/adr.

    **Important case management dates.** Counsel must comply with the dates listed below unless the judge otherwise orders.

| Case Management Event | Deadline |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons. (See Civil L.R. 3-15) | Upon first appearance (and supplement as necessary) |
| Deadline to file ADR Certification. (See ADR L.R. 3) | 1/15/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 1/15/2026 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 1/29/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 1/29/2026 |
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | 2/5/2026 at 10:00 AM |