| | |
|---|---|
| MILES EHRLICH (SBN 237954)<br>miles@ehrlich-craig.com<br>ALEXANDER SETZEPFANDT (SBN 340207)<br>alex@ehrlich-craig.com<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Telephone:    +1 510 548 3600<br>Facsimile:     +1 510 291 3060 | Edward F. Roche (admitted *pro hac vice*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br>SMITH, ANDERSON, BLOUNT, DORSETT,<br>MITCHELL & JERNIGAN, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAGEN BIOSCIENCE, INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>    Defendants | Case No. 5:25-cv-09280-EJD<br><br>**PLAINTIFF'S NOTICE OF *EX PARTE* APPLICATION AND APPLICATION FOR A SCHEDULING ORDER**<br><br>District Judge Edward J. Davila<br><br>Courtroom 4 |

Per the Court's Temporary Restraining Order and Order to Show Cause (ECF No. 20), the undersigned counsel for Plaintiff Ramesh Subramanian has attempted to meet-and-confer with counsel for Defendants Aragen Bioscience, Inc. and Aragen Life Sciences Private Limited regarding a briefing schedule.  Those attempts have not been successful.  As previously stated in Plaintiff's Emergency *Ex Parte* Motion for Substitute Service, the undersigned has not received any assurances that Defendants intend to comply with this Court's orders, despite numerous attempts from the undersigned to confirm with Defendants' counsel that they plan to comply.  *E.g.*, ECF No. 19 at 3.  Yesterday, immediately following the entry of the Court's Order Granting Plaintiff's Emergency *Ex Parte* Motion for Substitute Service (ECF No. 20), the undersigned served Defendants via electronic service, *see* ECF Nos. 21 and 22 (Certificate and Proof of Service).  Despite service now being effective, Defendants have not changed course and are defying the Court's order to meet-and-confer.  *See* ECF No. 18 at 6.  Indeed, we have learned that Defendants have explicitly instructed their counsel in the United States *not* to appear in this Action.  If Defendants continue on this path, Plaintiff respectfully submits that the Court should issue an anti-suit injunction without the need for a hearing.

Accordingly, Plaintiff respectfully requests that the Court Order the following briefing schedule:

1. Defendants shall file any opposition they have to the Order to Show Cause, by Sunday, November 2, at 12:00 p.m.;

2. To the extent any opposition is filed to the Order to Show Cause, Plaintiff shall file a reply brief no later than November 4, 2025, at 3:00 p.m.; and

3. To the extent Defendants do not make an appearance by counsel in this Action by November 3, 2025, at 12 p.m., Plaintiff respectfully requests that the Court issue an anti-suit injunction without the need for a hearing and take any other action that it sees fit under these circumstances.

For the foregoing reasons, Plaintiff requests that the Court grant this Application and enter the proposed scheduling order submitted herewith.

Dated: October 31, 2025

| | |
|---|---|
| EHRLICH & CRAIG LLP | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
| By: */s/ Alexander Setzepfandt*<br>MILES EHRLICH<br>ALEXANDER SETZEPFANDT<br><br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3604<br>Fax: (510) 291-3960<br>miles@ehrlich-craig.com<br>alex@ehrlich-craig.com | By: */s/ Edward F. Roche*<br>Edward F. Roche (admitted *pro hac vice*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br><br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com<br><br>*Attorneys for Plaintiff* |