UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAGEN BIOSCIENCE, INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>  Defendants | Case No. 5:25-cv-09280-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A SCHEDULING ORDER** |

Having considered the papers filed and arguments presented in connection with Plaintiff's Ex Parte Application for a Scheduling Order, the Court hereby **GRANTS** Mr. Subramanian's Application and **ORDERS** the following relief:

1. Defendants shall file any opposition they have to the Order to Show Cause (ECF No. 18), by Sunday, November 2, at 12:00 p.m.;

2. To the extent Defendants file any opposition to the Order to Show Cause, Plaintiff shall file a reply brief no later than November 4, 2025, at 3:00 p.m.; and

3. To the extent Defendants do not make an appearance by counsel in this Action by November 3, 2025, at 12 p.m., the Court will issue an anti-suit injunction without the need for a hearing.

Dated: _____  _____

UNITED STATES DISTRICT JUDGE