| | |
|---|---|
| MILES EHRLICH (SBN 237954)<br>miles@ehrlich-craig.com<br>ALEXANDER SETZEPFANDT (SBN 340207)<br>alex@ehrlich-craig.com<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: +1 510 548 3600<br>Facsimile: +1 510 291 3060 | Edward F. Roche (*admitted pro hac vice*)<br>Samantha B. Taylor (*pro hac vice forthcoming*)<br>David R. Levintow (*pro hac vice forthcoming*)<br>Gabriela M. Chartier (*pro hac vice forthcoming*)<br>Daniel T. Harrell (*pro hac vice forthcoming*)<br>Benjamin A. Spencer (*pro hac vice forthcoming*)<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 27602-2611<br>Ph: (919) 821-1220<br>Fax: (919) 821-6800<br>eroche@smithlaw.com<br>staylor@smithlaw.com<br>dlevintow@smithlaw.com<br>gchartier@smithlaw.com<br>dharrell@smithlaw.com<br>baspencer@smithlaw.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMESH SUBRAMANIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAGEN BIOSCIENCE, INC. and ARAGEN LIFE SCIENCES PRIVATE LIMITED f/k/a CVK BIOSCIENCES,<br><br>    Defendants. | Case No. 5:25-cv-09280-EJD<br><br>**CERTIFICATE OF SERVICE FOR ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A SCHEDULING ORDER** |

- 1 -

CERTIFICATE OF SERVICE,
CASE NO. 5:25-CV-09280-EJD

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 803 Hearst Ave, Berkeley, CA 94710. Per the Court's Order Granting Plaintiff's Emergency Ex Parte Motion for Substitute Service (ECF No. 20), on October 31, 2025, I served Defendants Aragen Bioscience, Inc. and Aragen Life Sciences Private Limited with the foregoing documents filed in this case, by emailing their counsel in the United States and India at the addresses stated below:

- ECF No. 25 (Order Granting Plaintiff's *Ex Parte* Application for a Scheduling Order)

| Defendants' Counsel Name | Defendants' Counsel Firm | Defendants' Counsel Email Address |
|---|---|---|
| Robyn E. Marsh | Seyfarth & Shah LLP | rmarsh@seyfarth.com |
| Shabbeer Ahmed | INDUSLAW | shabbeer.ahmed@cms-induslaw.com |
| Vinay Kumar Puppali | INDUSLAW | vinay.kumar@cms-induslaw.com |
| Indraprateek Naidu | INDUSLAW | indraprateek.naidu@cms-induslaw.com |
| Vinamra Gogia | INDUSLAW | vinamra.gogia@cms-induslaw.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 31, 2025, at Berkeley, California.

/s/ Alexander Setzepfandt

Alexander Setzepfandt